**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-27838-CIV-ALTONAGA**

**HUSSEYN MAMMADOV,**

Plaintiff,

v.

**MARKWAYNE MULLIN, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

Defendants.
______________________________________/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On November 4, 2026, Plaintiff, Husseyn Mammadov filed a Complaint for Declaratory and Injunctive Relief . . . [ECF No. 1]. In a November 4, 2026 Order [ECF No. 4], the Court dismissed Plaintiff's Complaint as an impermissible shotgun pleading and gave Plaintiff until November 9, 2026, to submit an amended complaint. (*See id.* 2).[1] To date, Plaintiff has not filed an amended complaint or sought additional time to do so. "It is well settled that a district court has inherent power to dismiss a case for failure to prosecute[.]" *Hyler v. Reynolds Metal Co.*, 434 F.2d 1064, 1065 (5th Cir. 1970) (alteration added; citation omitted); *see also* Fed. R. Civ. P. 41(b).

Accordingly, it is

**ORDERED** that the case is **DISMISSED without prejudice**. The Clerk shall **CLOSE** the case.

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

**DONE AND ORDERED** in Miami, Florida, this 12th day of November, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**